UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Advanced Hair Restoration, LLC,

    Plaintiff,

v.

Hair Restoration Centers, LLC,

    Defendant.

Case No.: 2:17-cv-00709-RSM

JOINT MOTION TO AMEND CASE SCHEDULE

## I. RELIEF REQUESTED

Pursuant to Fed. R. Civ. P. 16(b)(4) and this Court's May 11, 2017 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt # 5), Plaintiff Advanced Hair Restoration, LLC and Defendant Hair Restoration Centers, LLC jointly move to amend the initial case schedule. Having met and conferred, the parties jointly request that each of these deadlines be extended by 60 days.

## II. AUTHORITY

Plaintiff filed suit on May 5, 2017 and this Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement shortly thereafter. Dkt. # 1, 5. However, despite several attempts through a process server using the information obtained through the Division of Corporations, Secretary of the State of Florida, Plaintiff was not able to successfully locate and serve the Defendant until June 1, 2017. Defendant retained counsel on June 22 and counsel for the parties briefly conferred later that day. At Defendant's request, Plaintiff agreed to

JOINT MOTION TO AMEND CASE SCHEDULE - 2:17-cv-00709-RSM

56310-001 \ Advanced Hair C17-709RSM.Stip Ord Amend Case Schedule.docx

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

-1-

a 30-day extension of time to answer the Complaint, and the parties immediately scheduled a case-scheduling conference for June 26, 2017. This motion follows.

This Court may modify case management deadlines for good cause. Fed. R. Civ. P. 16(b)(4). Good cause considers the diligence of the parties seeking the modification; a district court may modify the pretrial schedule "if it cannot reasonably be met with the diligence of the party seeking the extension." *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (quoting Fed. R. Civ. P. 16((b)(4) advisory committee notes (1983)).

Good cause exists here. Defense counsel were not retained until June 22, 2017; per the scheduling order the parties were to have already conducted their FRCP 26(f) Conference, presented their initial disclosures, and submitted their Combined Joint State Reports and Discovery Plans. Doc. No. 5 at 1. Clearly, the parties could not have held a FCRP 26(f) conference, provide initial disclosures, or prepared to submit a joint status report until after counsel appeared. However, after counsel appeared, Plaintiff's counsel immediately initiated communications with Defense counsel and, after conferring, the parties prepared this joint motion. *Accord* Doc. No. 5 at 4.

### III. CONCLUSION

The parties were unable to comply with the Court's initial scheduling order. Now that all of the parties have appeared, the parties jointly request a 60-day extension on each of the deadlines imposed by the initial order.

The parties propose that the Court's initial scheduling dates be reset, as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 8/07/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 8/14/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 8/21/2017 |

///

///

STOKES LAWRENCE, P.S.                    NEWMAN DU WORS DURRANCE LLP

JOINT MOTION TO AMEND CASE SCHEDULE - 2:17-cv-00709-RSM

56310-001 \ Advanced Hair C17-709RSM.Stip Ord Amend Case Schedule.docx

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

-2-

| | | |
|---|---|---|
| By: s/Leslie C. Ruiter | | By: s/Nathaniel Eli Durrance |
| By: s/Lance A. Pelletier | | Newman Du Wors Durrance LLP Nathaniel Eli Durrance (WSBA # 41627) |
| Leslie C. Ruiter (WSBA #28090) | | 2101 Fourth Avenue, Suite 1500 |
| Lance A. Pelletier (WSBA #49030) | | Seattle, WA 98121-2336 |
| Stokes Lawrence, P.S. | | (206) 274-2833 |
| 1420 Fifth Avenue, Suite 3000 | | Fax: (206) 274-2801 |
| Seattle, WA 98101 | | nate@newmanlaw.com |
| (206) 626-6000 | | Attorneys for Hair Restoration Centers, LLC |
| Fax: (206) 464-1496 | | |
| Leslie.Ruiter@stokeslaw.com | | |
| Lance.Pelletier@stokeslaw.com | | |
| Attorneys for Plaintiff Advanced Hair Restoration, LLC | | |

DATED this 29th day of June, 2017.

**IT IS SO ORDERED.**

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT MOTION TO AMEND CASE SCHEDULE - 2:17-cv-00709-RSM

56310-001 \ Advanced Hair C17-709RSM.Stip Ord Amend Case Schedule.docx

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

-3-