THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADVANCED HAIR RESTORATION, LLC,

Plaintiff,

v.

HAIR RESTORATION CENTERS, LLC,

Defendant.

Case No.: 2:17-cv-00709-RSM

JOINT MOTION AND ORDER TO AMEND CASE SCHEDULE

## I. RELIEF REQUESTED

Pursuant to Fed. R. Civ. P. 16(b)(4) and this Court's August 25, 2017 Order Setting Trial Date and Related Dates (Dkt. No. #13), Plaintiff Advanced Hair Restoration, LLC and Defendant Hair Restoration Centers, LLC move to amend the case schedule and extend the deadlines for joinder and to amend the pleadings. Having met and conferred, the parties request that this Court stay the deadline until seven-days after Defendant identifies the individuals who created the allegedly infringing website in this matter.

## II. AUTHORITY

Plaintiff filed suit on May 5, 2017 and this Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement shortly thereafter. Dkt. # 1, 5. At the parties' request, this Court extended those initial deadlines to allow Defendant's counsel to get up to speed.

JOINT MOTION AND ORDER TO AMEND CASE SCHEDULE -
2:17-cv-00709-RSM

56310-001 \ advanced 17-709 amend sched.docx         -1-

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

Dkt. # 10. The Court's Order Setting Trial Date and Related Dates followed the parties' submission of their joint status report.

This Court may modify case management deadlines for good cause. Fed. R. Civ. P. 16(b)(4). Good cause considers the diligence of the parties seeking the modification; a district court may modify the pretrial schedule "if it cannot reasonably be met with the diligence of the party seeking the extension." *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (quoting Fed. R. Civ. P. 16((b)(4) advisory committee notes (1983)).

Good cause exists here.

This case concerns Plaintiff's allegations of Defendant's intentional infringement of Advanced Hair Restoration's registered copyrights in certain photographs, and its attempt to confuse customers and compete unfairly in the hair transplant procedure business. Dkt. # 1, ¶ 1. Defendant generally denies these allegations and represents that if there was any infringement, such infringement was (1) inadvertent and (2) the fault of as-yet unidentified web developers.

Defendant has not identified these web developers. Its initial disclosures provide only that:

> Individuals from the developer hired by Defendant to create the alleged website will have knowledge and testimony regarding the alleged website, the alleged images, and Defendant's good faith actions relevant to the Complaint.

This information is insufficient for Plaintiff to identify, investigate, or determine whether these developers should be joined to this action.

Plaintiff's counsel conferred with Defendant's counsel about identifying these web developers by email on September 19, 2017 and issued discovery seeking this information on September 15, 2017. The parties agreed to extend the deadline until Defendant provides this information, whether as a supplement to their initial disclosures or in response to Plaintiff's initial discovery requests.

### III. CONCLUSION

For the aforementioned reasons, the parties' respectfully request that this Court amend the case schedule and stay the deadlines for joinder and amending the complaint for a reasonable amount of time—seven-days after Defendant provides this information.

JOINT MOTION AND ORDER TO AMEND CASE SCHEDULE - 2:17-cv-00709-RSM

56310-001 \ advanced 17-709 amend sched.docx -2-

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

DATED this 22nd day of September, 2017.

| STOKES LAWRENCE, P.S. | NEWMAN DU WORS DURRANCE LLP |
|---|---|
| By: s/Leslie C. Ruiter<br>By: s/Lance A. Pelletier<br>Leslie C. Ruiter (WSBA #28090)<br>Lance A. Pelletier (WSBA #49030)<br>Stokes Lawrence, P.S.<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101<br>(206) 626-6000<br>Fax: (206) 464-1496<br>Leslie.Ruiter@stokeslaw.com<br>Lance.Pelletier@stokeslaw.com<br>Attorneys for Plaintiff Advanced Hair Restoration, LLC | By: s/Nathaniel Eli Durrance<br>Nathaniel Eli Durrance (WSBA # 41627)<br>Newman Du Wors Durrance LLP<br>2101 Fourth Avenue, Suite 1500<br>Seattle, WA 98121-2336<br>(206) 274-2833<br>Fax: (206) 274-2801<br>nate@newmanlaw.com<br>Attorneys for Defendant Hair Restoration Centers, LLC |

IT IS SO ORDERED.

DATED this 26 day of September 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT MOTION AND ORDER TO AMEND CASE SCHEDULE -
2:17-cv-00709-RSM

56310-001 \ advanced 17-709 amend sched.docx                -3-

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000