# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADVANCED HAIR RESTORATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HAIR RESTORATION CENTERS, LLC,<br><br>Defendant. | Case No. C17-709 RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND** |

Before this Court is the parties Stipulated Motion for Extension of Time to Respond. The Court hereby ORDERS that Plaintiff's Motion or Order Compelling Discovery shall be subject to the following agreed briefing schedule:

1. Defendant shall file any response (the "Response") to the Motion on or before December 29, 2017.

2. Plaintiff shall file any reply (the "Reply") in support of the Motion on or before January 5, 2018.

Dated this 21st day of December 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER–1
[2:17-cv-00709-RSM]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Jointly Presented by:

s/John Du Wors
s/Nathan Durrance
John Du Wors, WSBA No. 33987
Nathan Durrance, WSBA No. 41627

Counsel for Hair Restoration Centers, LLC


_____
Leslie C. Ruiter, WSBA No. 28090
Lance A. Pelletier, WSBA No. 49030

Counsel for Advanced Hair Restoration, LLC

ORDER–2
[2:17-cv-00709-RSM]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800