UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADVANCED HAIR RESTORATION, LLC, | Case No. C17-709RSM |
| Plaintiff, | ORDER DECLINING TO ENTER STIPULATION |
| v. | |
| HAIR RESTORATION CENTERS, LLC, | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulated Motion for Entry and Modification of Case Scheduling Order. Dkt. #30. The parties submit that good cause exists for a two-month extension of pretrial deadlines because they "have been pursuing discovery but remain in the middle of a discovery dispute that has persisted since October 2017," because they have "attempted to engage in settlement negotiations," and because "it is not realistic for the parties to complete discovery, resolve their disputes, and prepare for trial under the existing case schedule." *Id*.

Current deadlines in this case are as follows:

| | |
|---|---|
| Deadline for filing motions related to discovery | March 30, 2018 |
| Discovery completed by | April 30, 2018 |
| Jury Trial Date | August 27, 2018 |

Dkt. #13.

ORDER DECLINING TO ENTER STIPULATION - 1

Federal Rule of Civil Procedure 16(b)(4) states that a schedule may be modified only for good cause and with the judge's consent. This Court's Local Rules state:

> The parties are bound by the dates specified in the scheduling order. A schedule may be modified only for good cause and with the judge's consent. Mere failure to complete discovery within the time allowed does not constitute good cause for an extension or continuance.

LCR 16(b)(5).

The Court has reviewed this Stipulation and the remainder of the record, and finds the parties have failed to set forth a good cause basis for modifying the Scheduling Order as required under Rule 16(b)(4). The existing discovery deadline is two months away. The parties have failed to present sufficient evidence to convince the Court that the discovery issues in this case, either in collecting discovery or resolving disputes related to discovery, cannot be resolved within that time frame. Even if the parties could present such evidence, it would not satisfy Local Rule 16. The parties have not adequately informed the Court of significant scheduling issues not related to discovery. Attempting to engage in settlement negotiations is expected of parties and does not alone constitute good cause to modify a schedule.

Given all of the above, the Court DECLINES to enter the parties' Stipulation, Dkt. #30. The Court urges the parties to attempt to resolve their discovery issues within the existing deadlines.

DATED this 28 day of February, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DECLINING TO ENTER STIPULATION - 2