UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| ADVANCED HAIR RESTORATION, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HAIR RESTORATION CENTERS, LLC,<br><br>　　　　Defendant. | Case No.: C17-709 RSM<br><br>ORDER ON STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE |

THIS MATTER came before the Court on the Parties' Stipulated Motion to Dismiss Case with Prejudice ("Stipulated Motion"). The Court has considered the Stipulated Motion and the pleadings and files of record, and being fully informed, NOW THEREFORE,

IT IS HEREBY ORDERED that the Parties' Stipulated Motion is GRANTED. PLAINTIFF Advanced Hair Restoration, LLC's Complaint is dismissed with prejudice, without costs or attorneys' fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED this 28th day of March 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE - 1
SL# \ Advanced 17-709.ord-dsm.docx

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000